# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF TRANSFER OF CASE
## (INTER/INTRA DISTRICT TRANSFER)

**DEBTOR(S) INFORMATION:**
 Cobalis Corporation
**SSN:** N/A
**EIN:** 91−1868007

16795 Von Karman
Suite 200
Irvine, CA 92606

**BANKRUPTCY NO.** 8:11−bk−19915−TA
**CHAPTER** 11

This case 2:11−bk−39429−EC has been transferred to the Santa Ana division within our District and reassigned to Bankruptcy Judge Theodor Albert for all further proceedings.

The new case number is 8:11−bk−19915−TA .

**Please use the new case number for all future matters regarding this case.**

Dated: July 13, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 04/08) (ntco) VAN−84

**12 / ALL**