

**FILED & ENTERED**

**JUL 14 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ngo          DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>COBALIS CORPORATION,<br><br><br><br><br><br>Debtor(s). | Case No: 8:11-bk-19915-TA<br><br>Chapter: 11<br><br>ORDER TO SHOW CAUSE RE: CONVERSION AS A RESULT OF FILING OF CHAPTER 11 CASE NO 8:11-19915 TA BY DEBTOR<br><br>Date: July 27, 2011<br>Time: 10:00 a.m.<br>Location: 5B |

    This case was initiated by the filing of a Chapter 11 bankruptcy petition in the Los Angeles Division on July 8, 2011 under case number 2:11-39429 EC. The case has since been transferred to this Court and assigned case number 8:11-19915 TA based on the pendency of related case number 8:07-12347 TA.

    It is hereby ORDERED that Debtor shall appear, with counsel, on July 27, 2011 at 10:00 a.m. in Courtroom 5B, 411 West Fourth Street, Santa Ana, California, 92701.

//

//

//

- 1 -

It is also ORDERED that Debtor shall show cause, if any, why both of the above entitled bankruptcy cases should not be immediately converted to Chapter 7s as a consequence of the new Chapter 11 filing.

IT IS SO ORDERED.

###

DATED: July 14, 2011

*Theodor C. Albert*
United States Bankruptcy Judge

- 2

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER TO SHOW CAUSE RE: CONVERSION AS A RESULT OF FILING OF CHAPTER 11 CASE NO 8:11-19915 TA BY DEBTOR was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 14, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Michael J Hauser    michael.hauser@usdoj.gov
Blake Lindemann    blindemann@llgbankruptcy.com
Alvin Mar    alvin.mar@usdoj.gov
Ron Maroko    ron.maroko@usdoj.gov
Luckey McDowell    luckey.mcdowell@bakerbotts.com
Keith C Owens    kowens@venable.com, bclark@venable.com;jcontreras@venable.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page