**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **2049 Century Park East, Suite 2100, Los Angeles, CA  90067.**  A true and correct copy of the foregoing document(s) described as:

**Notice of motion and motion for relief from the automatic stay with supporting declarations PERSONAL PROPERTY RE: Funds Held in Escrow Account**

**Memorandum of Points and Authorities in Support of YA Global's Motion For Relief From Automatic Stay Filed by Creditor YA Global Investments, L.P.. (Owens, Keith)**

**Request for Judicial Notice In Support of YA Global's Motion For Relief From Automatic Stay Filed by Creditor YA Global Investments, L.P.**

**Application Shortening Time Application For Order Shortening Time re Motion For Relief From Automatic Stay Filed by Creditor YA Global Investments, L.P. (Owens, Keith)**

**Declaration re: Declaration of C. Luckey McDowell In Support of YA Global's Application For An Order Shortening Time Filed by Creditor YA Global Investments, L.P.**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing documents will be served by the court via NEF and hyperlink to the document. On **July 15, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- Blake Lindemann	blindemann@llgbankruptcy.com
- Alvin Mar (Trustee)	alvin.mar@usdoj.gov
- Ron Maroko (Trustee)	ron.maroko@usdoj.gov
- Keith C. Owens	 kowens@venable.com
- C. Luckey McDowell	luckey.mcdowell@bakerbotts.com

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On  **July 15, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**  **(Via U.S. Mail)**
Cobalis Corporation
Attn: Chaslav Radovich, President
16795 Von Karman, Suite 200
Irvine, CA  92606

LA#311153

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 15, 2011**  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor Albert
US Bankruptcy Court – Central District of CA (Santa Ana)
411 West Fourth Street
Santa Ana, CA  92701

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   July 14, 2011            Kimberly Hoang           /s/ *Kimberly Hoang*

**Served By Email Transmission**

Robert Goe            rgoe@goeforlaw.com
Warren Nemiroff       wnemiroff@yahoo.com
Lee Squitieri         lee@sfclasslaw.com
Gregory Grantham      granthamgreg@gmail.com

**Served By U.S. Mail**

Office of The United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

**Creditors Holding Unsecured Claims  (Service By U.S. Mail)**

Atlanta Allergy & Asthma Clinic,PA
1965 North Park Place
Atlanta, GA 30339-2001

Benchmark Research
113 N Robinson St
PO Box 5
Miles, TX 76861-0005

Biogenics Research
Attn: Robert Lee Jacobs, MD
8233 Fredericksburg Road
San Antonio, TX 78229-3356

Blue Shield Of California
Attn: Susan Rische
Risk Management/Law Dept
50 Beale St 22-195
San Francisco, CA 94105-1813

LA#311153

Brad Chisick Trust
Brian A Kumamoto Esq.
19900 MacArthur Blvd Ste 19900
1150 Irvine, CA 92612-8433

Bruce G. Martin
Southwest Allergy & Asthma
Ctr. P.A.
7711 Louis Pasteur Ste 901/905
San Antonio, TX 78229~3415

Clinical Research Center of
Indiana
Attn: Pinkus Goldberg, MD
3266 N Meridian Street #701
Indianapolis, IN 46208-5846

EMPLOYMENT DEVELOPMENT
DEPARTMENT
STATE OF CALIFORNIA
MIC 91
PO BOX 826218
Sacramento, CA 94230-6218

Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

Glast, Philips & Murray
Attn: Charles Frederiksen
2200 One Galleria Tower
13355 Noel Road, L.B. 48
Dallas, TX 75240-6832

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Clinical Research Corp
Attn: Holly Brown, MD
225 East Burlington St.
Iowa City, IA 52242.1523

Jim Luce
c/o James C. Bastian, Jr.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA   92610-2814

Levey Filler Rodriguez Kelso &
Dibianchi, LLP
1688 Meridian Avenue
Suite 902
Miami Beach, FL 33139-2712

Medtox Medtox
Attn: Corporate Officer
402 West County Road D
Saint Paul, MN 55112-3597

Montenegrex
41-26 27 Street
Long Island City, NY 11101-3838

PSF PLLC
dba Family Allergy and Asthma
9800 Shellbyvile Road
Louisville, KY 40223-2977

Research Across America
Attn: Jeffery Adelglass, MD
6020 West Parker Road, #400
Plano, TX 75093-8175

YA Global Investments LP
101 Hudson St, Suite 3700 101
Jersey City, NJ 07302-3934

LA#311153