1

Keith C. Owens (CA State Bar No. 184841)
**VENABLE LLP**
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901
Email: *kcowens@venable.com*

C. Luckey McDowell (TX State Bar No. 24034565)
**BAKER BOTTS L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201-2980
Telephone: 214.953.6500
Facsimile: 214.661.6503
Email: *luckey.mcdowell@bakerbotts.com*

Counsel for Creditor YA Global Investments, L.P.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| In re: | Case No 8:11-bk-19915-TA |
|---|---|
| **COBALIS CORPORATION,** | **Chapter 11** |
| **Debtor.** | **NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY YA GLOBAL INVESTMENTS, L.P.**<br><br>**DATE: July 27, 2011**<br>**TIME: 10:00 a.m.**<br>**CTRM: 5B**<br>     **411 West Fourth Street**<br>     **Santa Ana, CA 92701**<br><br>**JUDGE: HON. THEODOR C. ALBERT** |

LA#311287

**TO THE DEBTOR, COUNSEL FOR THE DEBTOR, THE OFFICE OF THE**

**UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE THAT THE COURT** has set the hearing on YA Global

Investments, L.P.'s Motion For Relief From The Automatic Stay (the "Motion") on shortened

time. A copy of the Order Shortening Time is attached hereto as <u>Exhibit "A"</u>. The Motion will

be heard on July 27, 2011 at 10:00 a.m. before the Honorable Theodor C. Albert in Courtroom

5B of the above-captioned court located at 411 West Fourth Street, Santa Ana, CA 92701.

    **PLEASE TAKE FURTHER NOTICE THAT** any opposition to the Motion may be

made orally at the hearing.

DATE: July 18, 2011                       **VENABLE LLP**
                                             By: <u>/s/ Keith C. Owens</u>
                                               Keith C. Owens

                                     **BAKER BOTTS L.L.P.**
                                     C. Luckey McDowell

                                   Attorneys for YA Global Investments, L.P.

LA#311261

# EXHIBIT A

Case 8:11-bk-19915-TA    Doc 24    Filed 07/18/11    Entered 07/18/11 12:56:21    Desc
Main Document    Page 1 of 11

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Keith C. Owens (CA State Bar No. 184841)<br>**VENABLE LLP**<br>2049 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone:  310.229.9900<br>Facsimile:   310.229.9901<br>Email: kowens@venable.com<br><br>C. Luckey McDowell (TX State Bar No. 24034565)<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>Telephone:  214.953.6500<br>Facsimile:   214.661.6503<br>Email: luckey.mcdowell@bakerbotts.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:  YA Global Investments, L.P.* | **FILED & ENTERED**<br><br>**JUL 18 2011**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ngo        DEPUTY CLERK |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| In re:<br><br>COBALIS CORPORATION | CASE NO. 8:11-bk-19915 TA<br>CHAPTER: 11 |
|---|---|
| | **ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** |
| Debtor(s). | **[LBR 9075-1(b)]** |

1.  Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a.  *Title of motion: <u>YA Global's Motion for Relief from the Automatic Stay</u>*

    b.  *Date of filing of motion:* July 15, 2011

2.  Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

    a.  *Date of filing of Application:* July 15, 2011

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                    Page 1                                    **F 9075-1.2.ORDER**

3.   Based upon the court's review of the application, **IT IS ORDERED THAT:**

a. ☐ **The Application is denied**.  The motion may be brought on regular notice pursuant to LBRs.

b. ☒ **The Application is granted, and IT IS FURTHER ORDERED THAT:**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing Date:  July 27, 2011**<br>**Time:  10:00 a.m.**<br>**Courtroom:5B** | **Place:**<br>☐  255 East Temple Street, Los Angeles, CA 90012<br>☐  21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐  3420 Twelfth Street, Riverside, CA 92501<br>☒  411 West Fourth Street, Santa Ana, CA 92701<br>☐  1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| a. *Deadlines:*<br>Date:  *July 18, 2011*<br><br>Time:  *5:00 p.m.* | b. *Persons/entities to be provided with telephonic notice:*<br><br>*Debtor's counsel in this case and case no 8:07-12347 TA*<br><br>☐ See attached page<br><br>c. *Telephonic notice is also required upon the* United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

a.   ☒ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

| | |
|---|---|
| b. *Deadlines:*<br>Date:  *July 18, 2011*<br><br>Time:  *5:00 p.m.* | c. *Persons/entities to be served with written notice and a copy of this order:*<br><br>*Debtor's counsel in this case and case no 8:07-12347 TA, secured creditors, 20 largest unsecured creditors*<br><br>☐ See attached page<br><br>d. *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                    Page 2                                    **F 9075-1.2.ORDER**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served
on all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

    a. ☒ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

| b. *Deadlines:* | c. *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date:     same<br>Time: | *Debtor's counsel in this case and case no 8:07-12347 TA, 20 largest unsecured creditors*<br><br>☐ See attached page<br><br>d. *Service is also required upon:*<br>-- United States trustee *(no electronic service permitted)*<br>-- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(5) ☒ Regarding **opposition to the motion**

    ☒ opposition to the motion may be made **orally** at the hearing

    ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all
persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| b. *Deadlines:* | c. *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date:<br>Time: | – movant's attorney (or movant, if movant is not represented by an attorney)<br><br>d. *Service is also required upon:*<br>– United States trustee *(electronic service is not permitted)*<br>– Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

(6) ☒ Regarding **a reply to an opposition:**

    ☒ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all
persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

    a. ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| b. *Deadlines:* | c. *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date:<br>Time: | -- All persons/entities who filed a written opposition<br><br>d. *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers *(see Court Manual for address)* |

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                         Page 3                         **F 9075-1.2.ORDER**

(7) ☐  Other requirements:

(8) ☒  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that
telephonic notice, written notice, and service of the motion and this order was completed as set forth above,
and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's
chambers:

| |
|---|
| ☒ at least 2 days before the Hearing. |
| ☐ no later than:   Date:                      Time: |

\* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

### ###

DATED: July 18, 2011

_Theodor C. Albert_
United States Bankruptcy Judge

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                Page 4                                F 9075-1.2.ORDER

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, 21st Floor, Los Angeles, CA  90067.  A true and correct copy of the foregoing document
described **Order On Application For Order Shortening Time re Motion For Relief From Automatic Stay Filed by
Creditor YA Global Investments, L.P.** will be served or was served **(a)** on the judge in chambers in the form and manner
required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General
Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On N/A,
I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
N/A

   **NOTE:** - *Proposed orders are not docketed.  Therefore, do not list any addresses in Category I.*

**II.  SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On July 15, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a
declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or
entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 15, 2011, I served the following person(s) and/or
entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be
completed no later than 24 hours after the document is filed.

### Parties Served By Email

- Blake Lindemann          blindemann@llgbankruptcy.com
- Alvin Mar (Trustee)       alvin.mar@usdoj.gov
- Ron Maroko (Trustee)    ron.maroko@usdoj.gov
- Robert Goe                 rgoe@goeforlaw.com
- Warren Nemiroff          wnemiroff@yahoo.com
- Lee Squitieri               lee@sfclasslaw.com
- Gregory Grantham        granthamgreg@gmail.com
- Michael Hauser            michael.hauser@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| July 15, 2011 | Kimberly Hoang | /s/ Kimberly Hoang |
| *Date* | *Type Name* | *Signature* |

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                          Page 5                          **F 9075-1.2.ORDER**

## Parties Served by U.S. Mail

### Debtor
Cobalis Corporation
Attn: Chaslav Radovich, President
16795 Von Karman, Suite 200
Irvine, CA  92606

### U.S. Trustee
Office of The United States Trustee
411 West Fourth Street, Suite 9041
Santa Ana, CA 92701

## Creditors Holding Unsecured Claims (Service By U.S. Mail)

| | |
|---|---|
| Atlanta Allergy & Asthma Clinic,PA<br>1965 North Park Place<br>Atlanta, GA 30339-2001 | Benchmark Research<br>113 N Robinson St<br>PO Box 5<br>Miles, TX 76861-0005 |
| | |
| Biogenics Research<br>Attn: Robert Lee Jacobs, MD<br>8233 Fredericksburg Road<br>San Antonio, TX 78229-3356 | Blue Shield Of California<br>Attn: Susan Rische<br>Risk Management/Law Dept<br>50 Beale St 22-195<br>San Francisco, CA 94105-1813 |
| | |
| Brad Chisick Trust<br>Brian A Kumamoto Esq.<br>19900 MacArthur Blvd Ste 19900<br>1150 Irvine, CA 92612-8433 | Bruce G. Martin<br>Southwest Allergy & Asthma<br>Ctr. P.A.<br>7711 Louis Pasteur Ste 901/905<br>San Antonio, TX 78229~3415 |
| | |
| Clinical Research Center of<br>Indiana<br>Attn: Pinkus Goldberg, MD<br>3266 N Meridian Street #701<br>Indianapolis, IN 46208-5846 | EMPLOYMENT DEVELOPMENT<br>DEPARTMENT<br>STATE OF CALIFORNIA<br>MIC 91<br>PO BOX 826218<br>Sacramento, CA 94230-6218 |
| | |

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                      Page 6                    **F 9075-1.2.ORDER**

| | |
|---|---|
| Franchise Tax Board<br>Attn: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Glast, Philips & Murray<br>Attn: Charles Frederiksen<br>2200 One Galleria Tower<br>13355 Noel Road, L.B. 48<br>Dallas, TX 75240-6832 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iowa Clinical Research Corp<br>Attn: Holly Brown, MD<br>225 East Burlington St.<br>Iowa City, IA 52242.1523 |
| Jim Luce<br>c/o James C. Bastian, Jr.<br>Shulman Hodges & Bastian LLP<br>26632 Towne Centre Drive, Suite 300<br>Foothill Ranch, CA   92610-2814 | Levey Filler Rodriguez Kelso &<br>Dibianchi, LLP<br>1688 Meridian Avenue<br>Suite 902<br>Miami Beach, FL 33139-2712 |
| Medtox Medtox<br>Attn: Corporate Officer<br>402 West County Road D<br>Saint Paul, MN 55112-3597 | Montenegrex<br>41-26 27 Street<br>Long Island City, NY 11101-3838 |
| PSF PLLC<br>dba Family Allergy and Asthma<br>9800 Shellbyvile Road<br>Louisville, KY 40223-2977 | Research Across America<br>Attn: Jeffery Adelglass, MD<br>6020 West Parker Road, #400<br>Plano, TX 75093-8175 |
| YA Global Investments LP<br>101 Hudson St, Suite 3700 101<br>Jersey City, NJ 07302-3934 | |

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                              Page 7                              **F 9075-1.2.ORDER**

NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed order or judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) Category I. below:  The United States trustee and case trustee (if any) will always be in this category.
4) Category II. below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) *Order On Application For Order Shortening Time re Motion For Relief From Automatic Stay Filed by Creditor YA Global Investments, L.P.* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of July 15, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Blake Lindemann        blindemann@llgbankruptcy.com
- Alvin Mar (Trustee)    alvin.mar@usdoj.gov
- Ron Maroko (Trustee)   ron.maroko@usdoj.gov
- Keith C. Owens         kowens@venable.com
- C. Luckey McDowell     luckey.mcdowell@bakerbotts.com
- Michael Hauser         Michael.hauser@usdoj.gov
- US Trustee             ustpregion16.sa.ecf@usdoj.gov

**II.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor  (Via U.S. Mail)**
Cobalis Corporation
Attn: Chaslav Radovich, President
16795 Von Karman, Suite 200
Irvine, CA  92606

**III.   TO BE SERVED BY THE LODGING PARTY:** No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an Entered stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

## Creditors Holding Unsecured Claims  (Service By U.S. Mail)

| | |
|---|---|
| Atlanta Allergy & Asthma Clinic,PA<br>1965 North Park Place<br>Atlanta, GA 30339-2001 | Benchmark Research<br>113 N Robinson St<br>PO Box 5<br>Miles, TX 76861-0005 |
| | |

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                    Page 8                    **F 9075-1.2.ORDER**

| | |
|---|---|
| Biogenics Research<br>Attn: Robert Lee Jacobs, MD<br>8233 Fredericksburg Road<br>San Antonio, TX 78229-3356 | Blue Shield Of California<br>Attn: Susan Rische<br>Risk Management/Law Dept<br>50 Beale St 22-195<br>San Francisco, CA 94105-1813 |
| Brad Chisick Trust<br>Brian A Kumamoto Esq.<br>19900 MacArthur Blvd Ste 19900<br>1150 Irvine, CA 92612-8433 | Bruce G. Martin<br>Southwest Allergy & Asthma<br>Ctr. P.A.<br>7711 Louis Pasteur Ste 901/905<br>San Antonio, TX 78229~3415 |
| Clinical Research Center of<br>Indiana<br>Attn: Pinkus Goldberg, MD<br>3266 N Meridian Street #701<br>Indianapolis, IN 46208-5846 | EMPLOYMENT DEVELOPMENT<br>DEPARTMENT<br>STATE OF CALIFORNIA<br>MIC 91<br>PO BOX 826218<br>Sacramento, CA 94230-6218 |
| Franchise Tax Board<br>Attn: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Glast, Philips & Murray<br>Attn: Charles Frederiksen<br>2200 One Galleria Tower<br>13355 Noel Road, L.B. 48<br>Dallas, TX 75240-6832 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iowa Clinical Research Corp<br>Attn: Holly Brown, MD<br>225 East Burlington St.<br>Iowa City, IA 52242.1523 |
| Jim Luce<br>c/o James C. Bastian, Jr.<br>Shulman Hodges & Bastian LLP<br>26632 Towne Centre Drive, Suite 300<br>Foothill Ranch, CA   92610-2814 | Levey Filler Rodriguez Kelso &<br>Dibianchi, LLP<br>1688 Meridian Avenue<br>Suite 902<br>Miami Beach, FL 33139-2712 |
| Medtox Medtox<br>Attn: Corporate Officer<br>402 West County Road D<br>Saint Paul, MN 55112-3597 | Montenegrex<br>41-26 27 Street<br>Long Island City, NY 11101-3838 |
| | |

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9075-1.2.ORDER**

| | |
|---|---|
| PSF PLLC<br>dba Family Allergy and Asthma<br>9800 Shellbyvile Road<br>Louisville, KY 40223-2977 | Research Across America<br>Attn: Jeffery Adelglass, MD<br>6020 West Parker Road, #400<br>Plano, TX 75093-8175 |
| YA Global Investments LP<br>101 Hudson St, Suite 3700 101<br>Jersey City, NJ 07302-3934 | |

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.2.ORDER

DAL02:588606.1

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                    Page 11                              **F 9075-**

**1.2.ORDER**