Blake Lindemann (SBN 255747)
Attorney-At-Law
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: (310) 279-5269
Facsimile:  (310) 279-5240
E-mail: Blake@lawbl.com
[Proposed] Counsel to Debtor and Debtor-in-Possession
*Cobalis Corp.*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In re:

COBALIS CORP, a Nevada Corporation,


Debtor and Debtor In Possession.



TAX ID Number: 91-1868007

**Case No. 8:11-bk-19915-TA**

**Chapter 11 Proceeding**

**NOTICE OF MOTION AND EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES (DECLARATION FORTHCOMING)**

[Request For Extension to August 5, 2011]

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Cobalis Corp., the Debtor and Debtor in Possession in the above captioned case (the "Debtor") hereby moves the Court for an order extending the deadline to file its Schedules, Statement of Financial Affairs, and Related Papers (collectively, the "Schedules") from July 22, 2011 to August 5, 2011 (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion is made on the grounds that the Debtor requires additional time to prepare accurate and complete Schedules.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made pursuant to Rule 1007(c) of the Federal Rules of Procedure (the "FRBP") and Local Bankruptcy Rule 1007-1, and is made without a hearing on the grounds that no opposition is expected from any party in interest, as no party in interest will be adversely affected by the relief sought herein.

**PLEASE TAKE FURTHER NOTICE** that this Motion is based on this Notice of Motion and Motion, the Supporting Memorandum of Points and Authorities and Declaration of Chaslav Radovich forthcoming, and such other and further matters as the Court may allow.

**WHEREFORE** the Debtor requests that the Court enter an Order granting the Motion.

Dated: July 22, 2011

Blake Lindemann
Proposed Attorney For Debtor

BLAKE LINDEMANN
433 N. CAMDEN DRIVE, 4TH FLOOR
BEVERLY HILLS, CA 90210

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION AND STATEMENT OF FACTS

1.      On July 8, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  The Debtor continues in the operation of its business as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      The Court has issued an order to show cause why the case should not be converted to be heard on July 27, 2011.

3.      Counsel has been active in advising the Debtor concerning its duties under the Bankruptcy Code, and that the Debtor must file schedules within fourteen days of the Petition Date.

4.      No Meeting of Creditors has yet to be scheduled pursuant to Section 341 of the Bankruptcy Code.

5.      The Debtor is in the process of providing counsel with accurate numbers regarding income and expenses, debts and assets, and statement of financial affairs.   Based on the various issues involved in this second bankruptcy case related to the first case, the OSC, the Motion For Relief From Stay filed by Secured Creditor, and the various matters on the Debtor's agenda, the Debtor has been unable to provide counsel all necessary info to complete its schedules.

6.      This is the second bankruptcy case in which the Debtor has been involved.  An involuntary petition was commenced against the Debtor, which was later converted to chapter 11, bearing case number 8:07-bk-12347-TA**.**

### II.    THE COURT MAY GRANT THE REQUESTED EXTENSION OF TIME

FRBP Rule 1007(c) authorizes the Bankruptcy Court to extend the deadline for filing the schedules and statements for cause shown.  Specifically, Rule 1007(c) provides as follows:

> Any extension of time for the filing of the schedules and statements may be granted only on motion for cause shown and on notice to the United States Trustee and to any committee elected under Section 705 or appointed under Section 1102 of the Code, trustee, examiner, or other party as the court may direct.  Notice of an extension shall be given to the United States trustee and to any committee, trustee, or other party as the court may direct.

BLAKE LINDEMANN
433 N. CAMDEN DRIVE, 4TH FLOOR
BEVERLY HILLS, CA 90210

Fed. R. Bankr. Proc. 1007(c).

Cause exists in the present case because, as set forth above, the Debtor requires additional time to ensure its figures are accurate and that its statement of financial affairs and schedules are accurate.  Parties including the Office of the United States Trustee will have a copy of Debtor's schedules well in advance of the 341 Hearing that will be scheduled in the case.

**III**    **<u>CONCLUSION</u>**

Based on the foregoing, the Debtor respectfully request that the Court grant an extension to August 5, 2011 to file the Schedules.  The Debtor further requests such other and additional relief as the Court deems just and proper.

Dated: July 22, 2011

_____

Blake Lindemann

**BLAKE LINDEMANN**
433 N. CAMDEN DRIVE, 4TH FLOOR
BEVERLY HILLS, CA 90210

| In re:<br>Cobalis Corp<br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **8:11-bk-19915-TA** |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90210. The foregoing document described as:

**NOTICE OF MOTION AND EX PARTE MOTION FOR ORDER EXTENDING DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES (DECLARATION FORTHCOMING)**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.        TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **July 22, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
<u>VIA US MAIL</u>
Office of the United States Trustee, 411 W. 4th Street, Suite 9041, Santa Ana, CA 92701-8000

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each** person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 22, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
<u>VIA PERSONAL DELIVERY</u>
Judge's Copy, Hon. Theodor C. Albert United States Bankruptcy Court
Central District of California, 411 West Fourth Street, Santa Ana, CA 92701 [Suite 5085]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2011 | <u>Lana Meier</u> | <u>/s/ Lana Meier</u> |
|---|---|---|
| | Name | Signature |