| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Keith C. Owens (CA State Bar No. 184841)<br>**VENABLE LLP**<br>2049 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: 310.229.9900<br>Facsimile: 310.229.9901<br>Email: kowens@venable.com<br><br>C. Luckey McDowell (TX State Bar No. 24034565)<br>**BAKER BOTTS L.L.P.**<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980<br>Telephone: 214.953.6500<br>Facsimile: 214.661.6503<br>Email: luckey.mcdowell@bakerbotts.com<br><br>☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | **FILED & ENTERED**<br><br>**AUG 22 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ngo    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>COBALIS CORPORATION<br><br><br><br><br>Debtor(s). | CASE NO.: 8:11-bk-19915-TA<br><br>CHAPTER: 11<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)**<br><br>DATE: August 22, 2011<br>TIME: 10:00 a.m. PDT<br>COURTROOM: 5B<br>PLACE:  411 West Fourth Street,<br>            Santa Ana, CA 92701 |

Movant: YA Global Investments, L.P.

1. The Motion was:     ☒ Opposed     ☐ Unopposed     ☐ Settled by stipulation

2. The Motion affects the following personal property (Property):

    ☐ Vehicle (*describe year, manufacturer, type and model*): _____

        Vehicle identification number: _____
        Location of vehicle (*if known*): _____

    ☐ Equipment (*describe manufacturer, type, and characteristics*):

        Serial number(s):         _____
        Location (*if known*):    _____

☒ Other Property (*describe type, identifying information, and location*):

    Funds held in escrow account at Wells Fargo Bank on account of YA Global's claims.  For the reasons stated on the record, YA Global may immediately foreclose upon the funds held in the escrow account.  The 14-day stay provided under Rule 4001(a)(3) is waived.

    All of the Debtor's personal property, inventory, intellectual property, and general intangibles, including but not limited to its accounts receivable, trademarks, copyrights, and all U.S. or foreign patents and patent applications that are owned by Debtor, or to which Debtor otherwise has the right to grant licenses, including those which generically or specifically claim or relate to PreHistin, a process for manufacturing or formulating the PreHistin, an intermediate used in such process or a use of PreHistin.  This includes all continuations, continuations-in-part, divisions, patents of addition, reissues, certificates of reexamination, substitutes, renewals or extensions of any of the foregoing (collectively, the "<u>Property</u>").  YA Global shall foreclose upon the Property using commercially reasonable terms.

☐ See Exhibit _____ attached to this Order.

3. The Motion is granted under:    ☒ 11 U.S.C. § 362 (d)(1)    ☒ 11 U.S.C. § 362(d)(2)

4. As to the Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set for the in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not repossess the Property before the following date (*specify*): _____

7. ☐ The stay remains in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

10. This court further orders as follows:
    a. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-1O.ER*).
    c. ☐ See attached continuation page for additional provisions.

### 

DATED: August 22, 2011

*[signature: Theodor C. Albert]*
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2001 Ross Avenue
Dallas, TX 75201

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.
On 8/22/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
No later than 8/23/11, I will serve the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via Federal Express
The Honorable Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building, Suite 5085
411 West Fourth Street
Santa Ana, CA 92701-4593

Via Federal Express
Office of the United States Trustee
411 West Fourth Street
Santa Ana, CA 92701

Via U.S. Mail
Cobalis Corporation
Attn: Chaslav Radovich, President
16795 Von Karman, Suite 200
Irvine, CA 92606

Via U.S. Mail
Rey Olsen d/b/a Montenegrex
P.O. Box 7022
New York, NY 10150-7022

Via U.S. Mail
Robert Goe
Goe & Forsythe LLP
18101 Von Karman Avenue, Ste 510
Irvine, CA 92612

Via U.S. Mail
Gregory Grantham
Law Office of Gregory Grantham
610 Newport Center Dr., Ste. 600
Newport Beach, CA 92660

Via U.S. Mail
Blake Lindemann
433 N Camden Drive, 4th Floor
Beverly Hills, CA 90210

Via U.S. Mail
Lee Squitieri
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor New York, NY 10022

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/22/11, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

<u>By email:</u>

| | |
|---|---|
| Robert P. Goe<br>rgoe@goeforlaw.com | Lee Squitieri<br>lee@sfclasslaw.com |
| Greg Grantham<br>granthamgreg@gmail.com | Blake Lindemann<br>blindemann@llgbankruptcy.com |
| Rey Olsen d/b/a Montenegrex<br>WSGNY@aol.com | Michael J. Hauser<br>michael.hauser@usdoj.gov |
| Warren Nemiroff<br>wnemiroff@yahoo.com | |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: <u>8/22/11</u>   Signature: <u>/s/ Ryan A. Goins</u>

Printed Name: <u>Ryan A. Goins</u>

DAL02:588900.1 This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2011*                                           Page 5                                          **F 4001-1.ORDER.PP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)** was entered on the date stated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBRs, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 8/22/11, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) stated below:

- Michael J Hauser    michael.hauser@usdoj.gov
- Blake Lindemann    blindemann@llgbankruptcy.com
- Alvin Mar    alvin.mar@usdoj.gov
- Ron Maroko    ron.maroko@usdoj.gov
- Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Keith C Owens    kowens@venable.com, bclark@venable.com;jcontreras@venable.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) stated below:

**Cobalis Corporation**
16795 Von Karman, Suite 200
Irvine, CA 92606

Montenegrex
c/o Rey Olsen
PO Box 7022
New York, NY 10150-1101

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) stated below:

☐ Service information continued on attached page