# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

## NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Cobalis Corporation

**BANKRUPTCY NO.** 8:11−bk−19915−TA

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 91−1868007
**Debtor Dismissal Date:** 8/22/11

**Address:**
16795 Von Karman
Suite 200
Irvine, CA 92606

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: August 22, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**62 / NGO**